# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| LORI E HARRIS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:25-CV-00340-O |
| | § | |
| NEIL NOAKES, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims for injunctive and declaratory relief are **DISMISSED without prejudice**.

2. Plaintiff's § 1983 claims are **DISMISSED with prejudice**.

3. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **23rd day** of **July, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE